**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Alicia Johnson, James Johnson, Bernard Val, Kevin
Davis, and Aaron Jason Bailey, Defendants,

Of whom James Johnson is the Appellant

and

Alicia Johnson, Bernard Val, Kevin Davis, and Aaron
Jason Bailey are Respondents.

In the interest of minors under the age of eighteen.

Appellate Case No. 2020-000455

---

Appeal From Oconee County
Karen F. Ballenger, Family Court Judge

---

Unpublished Opinion No. 2020-UP-249
Submitted August 17, 2020 – Filed August 19, 2020

---

**AFFIRMED**

---

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent South Carolina Department of Social Services.

Thomas Harper Collins, of Harper Collins LLC, of Anderson, for Respondent Alicia Johnson.

Aaron Jason Bailey, a/k/a Bernard Val, of Sicklerville, New Jersey, pro se.

Kevin Davis, of Asbury Park, New Jersey, pro se.

Kimberly Welchel Pease, of Seneca, for the Guardian ad Litem.

_____

**PER CURIAM:** James Johnson appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Johnson's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.